# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| CAROLYN SIMPSON, NICHOLAS SIMPSON, and CHRISTIAN (no last name provided)<br>PLAINTIFFS<br><br>V.<br><br>EUGENE HUNT, GINA SANDERS DAVIS, and CHRISTINE HOPKINS<br>DEFENDANTS | CASE NO. 4:19CV00502 SWW |

## ORDER

Plaintiffs Carolyn Simpson, Nicholas Simpson, and Christian (no last name provided) bring this *pro se* action against Eugene Hunt, an attorney, and Gina Sanders Davis and Christine Davis, described in the complaint as child support enforcement officers. After careful consideration, and for reasons that follow, the Court finds that the complaint duplicates Plaintiffs' complaint filed in a separate case, *Simpson v. Hunt*, No. 4:19CV00501 KGB (E.D. Ark.), and therefore dismisses this action without prejudice.

In this case, Plaintiffs allege: "Money extorted 1000 of dollar[s] causing emotional distress. I am [debilitated] fibromyalgia cause arthritis other health [indecipherable word] B12. Tampered DNA test causing emotional distress." Attached to the form complaint are copies of court documents filed in the

1

Chancery Court of Jefferson County, which include a judgment of paternity and an order awarding child support to Caroline Simpson. The complaint is void of additional allegations. Plaintiffs'[1] complaint in case number 4:19CV00501 KGB asserts identical allegations against the same defendants. Accordingly, the Court finds that this case, filed minutes after case number 4:19CV000501 KGB, should be dismissed without prejudice.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

Plaintiffs' application to proceed *in forma pauperis* [ECF No. 1] is DENIED AS MOOT.

IT IS SO ORDERED THIS 25TH DAY OF JULY, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The complaint in this case lists a plaintiff identified only as "Christian," and the Plaintiffs named in case number 4:19CV000501 KGB are Carolyn Denise Simpson, Nicholas Simpson, and Christian Simpson.